IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEWELLEAN MOORE,<br>Plaintiff, | § § § | |
| v. | § | No. 3:18-CV-042-S (BT) |
| SOPHIA HERNANDEZ, Et Al.,<br>Defendants. | § § § § | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Signed this 9th day of July, 2018.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE